UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SCANNED**

Case No. 07-60548-CIV-COHN/SELTZER

CHRISTINE W. TROOP,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation, submitted by United States Magistrate Judge Barry S. Seltzer on December 4, 2007 [DE 9], regarding Plaintiff Christine Troop's Complaint seeking review of the final decision of the Commissioner denying her disability benefits under Title II of the Social Security Act. The Court has conducted a *de novo* review of the Report and Recommendation and the record, and is otherwise fully advised in the premises. The Court notes that neither party has filed Objections to the Report and Recommendation, and the time for such filing has expired. In consideration of the foregoing, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    Magistrate Judge Seltzer's Report and Recommendation [DE 9] is **ADOPTED**.

    2.    This matter is **REMANDED** to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), so that the Commissioner may locate Plaintiff's claim file, or hold a new hearing and issue a new decision in the event

that the file cannot be located.

3. The Commissioner shall apprise the Court of the status of the case upon completion of the administrative proceedings.

4. Any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 3rd day of January, 2008.

*/s/ James I. Cohn*
**JAMES I. COHN**
**United States District Judge**

Copies provided to:

Counsel of record