UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60548-CIV-COHN/SELTZER

CHRISTINE W. TROOP,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation, submitted by United States Magistrate Judge Barry S. Seltzer on August 15, 2008 [DE 30], regarding Plaintiff Christine Troop's Complaint seeking review of the final decision of the Commissioner denying her disability benefits under Title II of the Social Security Act. The Court has conducted a *de novo* review of the Report and Recommendation and the record, and is otherwise fully advised in the premises. The Court notes that neither party has filed Objections to the Report and Recommendation, and the time for such filing has expired. In consideration of the foregoing, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    United States Magistrate Judge Seltzer's Report and Recommendation [DE 30] is **ADOPTED**.

    2.    Plaintiff's Motion for Summary Judgment [DE 20] is **DENIED**.

    3.    Defendant's Motion for Summary Judgment [DE 25] is **GRANTED**, and the Commissioner's decision is **AFFIRMED**.

4. Any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 16th day of October, 2008.

_____
**JAMES I. COHN**
**United States District Judge**

Copies provided to:

Counsel of record